## NICK SMITHAM V. THE STATE

No. 17757. Delivered November 13, 1935.
Rehearing Denied December 4, 1935.

The opinion states the case.

*Eddie Roark,* of Dallas for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for robbery; punishment, five years in the penitentiary.

This is a companion case to cause No. 17756, Earl Bryant v. State, opinion this day handed down (Reported on page 438 of this volume). The records are practically identical, both in the testimony and in the special charges asked, the one bill of exception presented, and the complaints therein made. For the reasons set forth in the opinion in Bryant v. State, supra, the judgment in the instant case will be also affirmed.

*Affirmed.*

### ON MOTION FOR REHEARING.

MORROW, PRESIDING JUDGE.—The motion for rehearing is based upon the same legal proposition as that in the companion case of Bryant v. State, No. 17,756 (Reported on page

438 of this volume). The remarks made in the Bryant case are deemed applicable to the present.

The motion is overruled.

*Overruled.*